UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAD

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al* ) <br> *ex rel.* John R. Borzilleri, M.D. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> BAYER, A.G., *et al*, ) <br> Defendants. ) | C.A No. 14-031-ML |

## MOTION TO CORRECT MISJOINDER OF DEFENDANTS

NOW comes the Relator, John Borzilleri, and, through counsel, moves, under Rule 21 of the Federal Rules of Civil Procedure, to correct the misjoinder of three (3) parties to the Second Amended Complaint.

/s/Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
1130 Ten Rod Road, A-103
North Kingstown, RI  02852
(401) 667-7878
(401) 667-7112    Facsimile

## CERTIFICATION

I hereby certify that I served a copy of the within in the United States of America, Zachary Cunha, AUSA by filing a copy with the CM/ECF case filing system of the United States District Court on July 27, 2018 and on John R. Borzilleri, M.D. via electronic mail at borzillerij@gmail.com, and upon Wayne E. George, Esq., counsel for Defendant, Express Scripts Holding Co., at wayne.george@morganlewis.com.

/s/Edward C. Roy, Esq.