UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF IOWA, THE STATE OF LOUISIANA, THE STATE OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF MINNESOTA, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW HAMPSHIRE, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF VIRGINIA, THE STATE OF WASHINGTON, THE STATE OF WISCONSIN AND THE DISTRICT OF COLUMBIA, *ex rel.* JOHN R. BORZILLERI, M.D.<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER AG, BIOGEN, INC., EMD SERONO, INC., NOVARTIS AG, PFIZER, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., AETNA, INC., CIGNA CORPORATION, CVS HEALTH CORPORATION, EXPRESS SCRIPTS HOLDING CO., HUMANA, INC., UNITED HEALTHGROUP, INC.<br><br>   Defendants. | C.A. No. 14-cv-00031-WES-LDA |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Express Scripts Holding Company states, through undersigned counsel, that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: July 31, 2018

Respectfully submitted,

EXPRESS SCRIPTS HOLDING CO.

By Its Attorney,

    /s/ Wayne E. George
Wayne E. George (RI Bar No. 8151)
Morgan, Lewis & Bockius LLP
One Federal Street, 16th Floor
Boston, MA  02110
Tel:  617.341.7748
Fax:  617.341.7701
Email:  wayne.george@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018 I electronically filed the foregoing Corporate Disclosure Statement and all counsel of record will be served with a copy of same via operation of the Court's CM/ECF System.

    /s/ Wayne E. George
Wayne E. George (RI Bar No. 8151)