IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN R BORZILLERI, M.D. et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> BAYER AG, et al., <br><br> *Defendants*. | Case No. 14-cv-00031-WES-LDA |

**THE PHARMACY BENEFIT MANAGER DEFENDANTS' JOINT MOTION
TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 12(b)(1), Defendants Aetna Inc., Cigna Corporation, Humana, Inc., CVS Health Corporation, Express Scripts Holding Company, and UnitedHealth Group, Inc., collectively "PBM Defendants," move the Court for an order dismissing in its entirety relator John R. Borzilleri, M.D.'s Second Amended Complaint. The grounds for this motion are set forth fully in the accompanying Memorandum.

Dated: November 19, 2018

                                                 Respectfully submitted,

                                                 (*Counsel listed on next page*)

<table>
<tr><td>

**Aetna, Inc.**
By its attorneys

*/s/ Daniel F. Sullivan*

Daniel F. Sullivan
Robinson & Cole LLP
One Financial Plaza, Suite 1430
Providence, RI 02903
401.709.3326
dsullivan@rc.com

Jessica Rosenbaum (*Pro Hac Vice pending*)
Earl B. Austin (*Pro Hac Vice pending*)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
212.408.2586
Jessica.rosenbaum@bakerbotts.com
Earl.austin@bakerbotts.com

</td><td>

**CIGNA CORPORATION,**

By its attorneys,

/s*/ Mary C. Dunn*
Joseph V. Cavanagh, Jr., #1139
Mary C. Dunn, #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Tel:  401-831-8900
jvc@blishcavlaw.com
mcd@blishcavlaw.com

/*s/ Laurence J. Freedman*

Laurence J. Freedman *(Pro Hac Vice)*
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
701 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-434-7372
LFreedman@Mintz.com

Brian P. Dunphy *(Pro Hac Vice)*
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
BPDunphy@mintz.com

</td></tr>
<tr><td>

**CVS Caremark Corporation**
By its attorneys

*/s/ Enu A. Mainigi*

Enu A. Mainigi
Holly M. Conley
Sarah L. O'Connor
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202.434.5029
emainigi@wc.com

</td><td>

**Express Scripts Holding Company**
By its attorneys

*/s/ Eric W. Sitarchuk*

Peter J. Mee
Morgan Lewis & Bocklius, LLP
One Federal Street
Boston, MA 02110
617.341.7700
pmee@morganlewis.com

Eric W. Sitarchuk
Ryan P. McCarthy

</td></tr>
</table>

2

hconley@wc.com
soconnor@wc.com

Robert Clark Corrente
Whelan, Corrente, Flanders, Kinder & Siket LLP
100 Westminster Street
Suite 710
Providence, RI 02903
401.270.4500
rcorrente@whelancorrente.com

Morgan Lewis & Bocklius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000
eric.sitarchuk@morganlewis.com
ryan.mccarthy@morganlewis.com

**Humana, Inc.**
By its attorneys

*/s/ Michael P. Robinson*

Edward E. Brooks
Steven D. Hamilton
Christina M. Egan
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
312.750.8232
ebrooks@mcguirewoods.com
shamilton@mcguirewoods.com
cegan@mcguirewoods.com

Michael P. Robinson
Shechtman Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860
401.272.1400
mrobinson@shslawfirm.com

**UnitedHealth Group Incorporated**
By its attorneys

/s/ Daniel Meron

Daniel Meron
Latham & Watkins LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004-1304
202.637.2200
Daniel.meron@lw.com

Michael K. Fee
David C. Tolley
Latham & Watkins LLP
200 Clarendon St.
Boston, MA 02116
617.948.6000
david.tolly@lw.com
michael.fee@lw.com

Paul M. Sanford
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401.831.8359
psanford@burnslev.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2018, the undersigned has caused the within Motion to Dismiss to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the parties through their registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael P. Robinson*