# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
ex rel., et al.
     Plaintiffs,

      v.                        C.A. No. 14-31 WES

BIOGEN, INC., et al.,
     Defendants.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

     Judgment hereby enters pursuant to the Amended Text Order entered on October 1st, 2019 and the Memorandum of Decision which followed on October 21st, 2019, both by this Court.

                             Enter:

                             /s/ Ryan H. Jackson
                             _____
                             Deputy Clerk

Dated: November 20th, 2019