## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

United States of America, *ex rel.* John R. Borzilleri, M.D., et al.

Plaintiffs

v.                                                    Case No. 1:14-cv-00031-WES-LDA

Bayer AG, et. al.

Defendants

### NOTICE OF APPEAL

Notice is hereby given that John R. Borzilleri, M.D., the Relator in the above-referenced matter,

hereby appeals to the United States Court of Appeals for the First Circuit from the

Judgement entered in this action on November 20, 2019.

Respectfully submitted,

MaryAnn H. Smith
Name

2177319 (NY)
Bar Number

solo practice
Firm/Agency

694 E. 25th St.
Address

Idaho Falls, ID 83404

City, State, Zip Code

MaryAnn H. Smith
Signature

January 8, 2020
Date

208-524-0934
Telephone Number

N/A
Fax Number

masmithlaw4@gmail.com

E-mail Address