# United States Court of Appeals
## For the First Circuit

No. 20-1066

JOHN R. BORZILLERI, M.D., Relator,

Plaintiff, Appellant,

UNITED STATES, ex rel. JOHN R. BORZILLERI, M.D.,

Plaintiff, Appellee,

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.,

Defendants, Appellees,

CATAMARAN CORPORATION, et al.,

Defendants.

_____

**JUDGMENT**

Entered: January 21, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc: MaryAnn H. Smith, Donald Campbell Lockhart, Zachary A. Cunha, Amy Romero, Xavier Becerra, Maura Tracy Healey, Laura E. B. Lombardi, John M. Formella, Joshua H. Stein, Peter F. Neronha, Michael Kirk Loucks, Christian Richard Jenner, Patricia K. Rocha, Alexandra M. Gorman, Paul M. Kessimian, Maya Florence, Rene DuBois, David E. Maglio, Emily F. Hodge,

Melissa Bayer Tearney, Michael A. Rogoff, Andrew J. Hoffman II, Kristen Dooley, Leah R. Milbauer, Eric W. Sitarchuk, Michael P. Robinson, Ryan P. McCarthy, Robert Clark Corrente, Enu Mainigi, Holly M. Conley, Sarah Lochner O'Connor, Michael K. Fee, Daniel Meron, David C. Tolley, Matthew Allen Fitzgerald, Edwin E. Brooks, Steven D. Hamilton, Joseph V. Cavanagh Jr., Mary C. Dunn, Brian P. Dunphy, Laurence J. Freedman, William M. Tong, Justin T. Shay, Matthew J. O'Connor, Michael J. Connolly, Laura B. Angelini, Gerald J. Petros, Ryan M. Gainor, Leslie Dougherty Parker, Nadia Abdulhamid Patel, Randall A. Brater, D. Jacques Smith, Steven Paul Lehotsky, Jeffrey S. Bucholtz, Jeremy Michael Bylund, Tara S. Morrissey