# United States Court of Appeals
## For the First Circuit

No. 20-1066

JOHN R. BORZILLERI, MD, Relator,

Plaintiff - Appellant,

UNITED STATES, ex rel. JOHN R. BORZILLERI, MD,

Plaintiff - Appellee,

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA,

Plaintiffs,

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC.; BIOGEN, INC.; PFIZER, INC.; EMD SERONO, INC.; EXPRESS SCRIPTS HOLDING COMPANY; CVS HEALTH COPORATION; UNITEDHEALTH GROUP, INCORPORATED; HUMANA, INC.; CIGNA CORPORATION; AETNA, INC.; TEVA NEUROSCIENCE, INC.; TEVA PHARMACEUTICALS USA, INC.; NOVARTIS PHARMACEUTICALS CORPORATION,

Defendants - Appellees,

CATAMARAN CORPORATION; WELLPOINT, INC.; WELLCARE HEALTH PLANS, INC.; WERNER BAUMANN, CEO, Bayer AG,

Defendants.

**MANDATE**

Entered: March 14, 2022

In accordance with the judgment of January 21, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Laura B. Angelini, Xavier Becerra, Randall A. Brater, Edwin E. Brooks, Jeffrey S. Bucholtz, Jeremy Michael Bylund, Joseph V. Cavanagh Jr., Holly M. Conley, Michael J. Connolly, Robert Clark Corrente, Zachary A. Cunha, Kristen Dooley, Rene DuBois, Mary C. Dunn, Brian P. Dunphy, Michael K. Fee, Matthew Allen Fitzgerald, Maya Florence, John M. Formella, Laurence J. Freedman, Ryan M. Gainor, Alexandra M. Gorman, Steven D. Hamilton, Maura Tracy Healey, Emily F. Hodge, Andrew J. Hoffman II, Christian Richard Jenner, Paul M. Kessimian, Steven Paul Lehotsky, Donald Campbell Lockhart, Laura E. B. Lombardi, Michael Kirk Loucks, David E. Maglio, Enu Mainigi, Ryan P. McCarthy, Daniel Meron, Leah R. Milbauer, Tara S. Morrissey, Peter F. Neronha, Matthew J. O'Connor, Sarah Lochner O'Connor, Leslie Dougherty Parker, Nadia Abdulhamid Patel, Gerald J. Petros, Michael P. Robinson, Patricia K. Rocha, Michael A. Rogoff, Amy Romero, Justin T. Shay, Eric W. Sitarchuk, D. Jacques Smith, MaryAnn H. Smith, Joshua H. Stein, Melissa Bayer Tearney, David C. Tolley, William M. Tong